FILED

AUG 17 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ____________ DEPUTY CLERK

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.
Obinna Vincent UZOH

Defendant(s)

Case No. 11-4114-01

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 10, 2011 - August 16, 2011 in the county of El Paso in the Western District of Texas and elsewhere, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC Section 2422(b) | Attempted coercion and enticement of an individual under 18 years of age to engage in sexual activity through the use of the mail or any facility or means of interstate or foreign commerce. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Justin A. Tice, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/17/2011

[signature]
*Judge's signature*

City and state: El Paso, Texas

Robert Castaneda - U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT

On August 4, 2011, U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), Cyber Crimes Group (CCG) Special Agents (SA) received information about an adult male, later identified as Obinna Vincent UZOH, who allegedly approached a female minor on or about July 30, 2011. During this encounter, UZOH attempted to solicit the child's phone number and secure a meeting with the child after learning she was 16 years old. UZOH allegedly told the child that she could "text him if she needed company" and he had liked her "since our eyes met." The child allegedly told UZOH that it was not appropriate for a 16 year old girl to be "hanging out" with a 31 year old man. UZOH allegedly gave the child his phone number and told the child that they could "go to a park" and that "unbelievable things could happen between them" and that he was "looking for a soul mate." The child informed Special Agents that UZOH has a "Facebook" account, and expressed interest in talking with her through that social networking site. Based off of this information, ICE-HSI began an investigation into UZOH.

On August 10, 2011, an undercover (UC) certified ICE-HSI Special Agent made contact with UZOH via Facebook. The UC SA assumed the identity of a 16 year old girl "Melissa" who claimed to be the same person UZOH had spoken with on or about July 30, 2011. UZOH accepted the UC SA's friend request and began a conversation via Facebook.

During that initial conversation, UZOH asked "Melissa" if she had a phone so that he could call and talk to her. UZOH asked "Melissa" if she watched porn, and then asked her age. "Melissa" responded she was 16. UZOH then asked what the age for sexual consent was in the United States followed by "lol" (laugh out loud). After a pause, UZOH then stated "17 so no sexual discussions with you." UZOH then continued the conversation by asking what time "Melissa" had free during the day to meet, when "Melissa" would be home alone, stated that no one would find him visiting "Melissa" at her house, and said they both had to be smart about not letting "Melissa's" father see him visiting.

UZOH went on, in the same conversation, to tell "Melissa" that he was not married, was still in the market, and explained the type of women he prefers. UZOH asked "Melissa" if she had a boyfriend, and again asked if he could come over to "Melissa's" house the next day. When "Melissa" stated that she was afraid her father or a neighbor might see UZOH at her house, UZOH suggested meeting somewhere else and subsequently stated he wanted to share a first kiss with "Melissa" because he was dying to taste her lips. UZOH then went on to say he would be gentle and let "Melissa" control the pace, but that she had to be 17 years old before they could have real sex. UZOH went on to ask "Melissa" if she was a virgin and if she ever had sex. When "Melissa" stated she was still a virgin, UZOH asked "have u had oral sex?" and "Melissa" said no. UZOH then asked if she had ever had a kiss, and then began asking if he could come over to "Melissa's" house the next day. When "Melissa" asked what they were going to do when UZOH came to her house, UZOH responded with "talk, chat, laugh, kiss, make out maybe, don't know, what you want to do?"

AFFIDAVIT

UZOH went on to say that he would not be at "Melissa's" house for long "to reduce the chances" of "Melissa's" father getting home. UZOH then went on to say that if they had sat next to each other on a long plane flight they would have "touched a lot". UZOH goes on to say that he wants "Melissa" strongly, wants to make her feel happy, wants to listen to her moan, and wants to love her. UZOH then states that he would make "Melissa" moan when he kisses her, and goes on to describe giving "Melissa" oral sex and making her sexually climax. UZOH then again asks "Melissa" for her address so that he can visit the next day.

On August 11, 2011, contact was made with UZOH via Facebook. UZOH immediately asked the UC SA "Melissa" if she still wanted to meet up that day. "Melissa" told UZOH that her step-mom was home and she could not leave. UZOH then stated that they could meet some other time and asked for "Melissa's" phone number so that he could call her later. "Melissa" asked what was wrong with using Facebook, and UZOH replied that it was "a public affair". UZOH stated that he wanted to talk to "Melissa" later, and subsequently removed "Melissa" from his Facebook account as a "friend".

On August 13, 2011, the UC SA "Melissa" contacted UZOH via a text message. The UC SA utilized the phone number given by UZOH to a 16 year old girl on or about July 30, 2011 to send UZOH a text message. The UC SA stated that she was ungrounded and got her phone back. UZOH proceeded to ask if "Melissa's" parents were around and then asked why "Melissa" did not want to tell him where she lived. "Melissa" told UZOH that if her father caught him at her house she would get in trouble. "Melissa" stated that her father would be out of town the week of August 15. UZOH asked about "Melissa's" step-mom and "Melissa" stated she would be at work during the day. At one point, UZOH attempted to call "Melissa" who did not answer the phone. "Melissa" stated she could not answer the phone because her father checks her calls, but could continue texting. UZOH stated "OMG just let me know when ur dad ain't around or blah blah."

On August 15 2011, UZOH contacted "Melissa" via text message. UZOH told "Melissa" that tomorrow was his last day in El Paso and he wanted to know her address to check how far it was from his home. "Melissa" told UZOH that she lived on the Westside, but did not provide an address. "Melissa" asked UZOH if he thought her mom would find out (about him visiting) and UZOH replied "I don't know…doesn't she work?"

On August 16, 2011, UZOH and "Melissa" exchanged text messages. UZOH asked if "Melissa" wanted him to come around. UZOH told "Melissa" to text him the address and he would be on the way in a few minutes. "Melissa" then gave UZOH the address of a residence on the Westside of El Paso, Texas. "Melissa" asked UZOH what he was going to do as soon as he saw her. UZOH replied "kiss u...can't wait." "Melissa" asked "where" UZOH replied "anywhere." At approximately 3:41 p.m., UZOH attempted to call "Melissa" while parked in front of the address occupied by ICE-HSI Special Agents. "Melissa" did not answer and UZOH subsequently walked to the front door and knocked. ICE-HSI Agents opened the door and took UZOH into custody.

AFFIDAVIT

UZOH was transported to the ICE-HSI Special Agent in Charge (SAC) Office where he was read the Miranda warning in the English language by SA Justin Tice and witnessed by SA Melissa De La Rosa. UZOH waived his rights and agreed to speak with investigators without the presence of an attorney both orally and in writing. The interview began at approximately 4:36 p.m. and ended at approximately 6:05 p.m. with UZOH providing a written statement to investigators. The following statements attributed to UZOH are non-verbatim and paraphrased unless otherwise noted.

When asked what he was doing at the residence he was arrested at, UZOH stated he was going to drop off a resume for an engineering job.

- UZOH claimed he found a job listing for a "Process Engineer" position with "Licon Engineering" on the website "Craig's List."
- UZOH claimed a woman named "Melissa" had contacted him and told him to drop off his resume at the address where ICE-HSI Special Agents arrested him.
- UZOH said he may have gotten a little flirtatious with "Melissa" because he wanted the job and thought that would help.
- UZOH said "Melissa" contacted him via phone about four or five days ago and talked to him about the job, told him to drop off his resume and credentials, and she continued texting him for a few days.
- UZOH said that "Melissa" got his phone number because he replied to the "Craig's List" posting for the job with his phone number.
- UZOH stated he was married and did not cheat on his wife.
- UZOH stated he traveled often for job interviews, but the last time he had traveled was in June 2011.

SA Tice showed UZOH a print out of the Facebook chats between UZOH and "Melissa."

- UZOH stated that it was his Facebook account, but that he did not send the messages.
- UZOH said that different people came and went from his home, and anyone could have accessed his computer.
- UZOH stated he only used Facebook from his home laptop computer, and did not access it from his cellular phone.
- UZOH said his wife would not have used his Facebook and sent those messages.
- UZOH said his laptop computer at home did not have a password, but acknowledged his Facebook account does have a password.
- UZOH said he only uses Facebook for "interactive" purposes to keep up with friends and does not use it for business purposes.
- UZOH said everything he was telling investigators was true.

At approximately 5:30 p.m., SA Tice confronted UZOH with the fact that a UC SA was in fact "Melissa." When confronted with the facts of the case, UZOH made the following non-verbatim, paraphrased statements.

- UZOH said he knew SA Tice knew the truth so now he was going to tell the truth.

AFFIDAVIT

- UZOH said everything he previously told investigators were lies.
- UZOH said he chatted with a girl on an airplane a few days ago and gave her his phone number.
- UZOH said he does not flirt a lot, but he has natural charisma and sometimes women think he is flirting when he is not.
- UZOH said he is having marital problems. He was going to meet “Melissa” for the first time when he was arrested by ICE-HSI Special Agents.
- UZOH said he was just going to hug and kiss her (“Melissa”) when she opened the door.
- UZOH said that “Melissa” told him she was younger than 18 and he checked the rules for how old someone had to be in order to consent to sex.
- UZOH said he talked to “Melissa” from his home computer.
- UZOH said he stopped talking about sex on Facebook as soon as “Melissa” told him she was under 18 years old.
- UZOH said he thinks “Melissa” was 16 or 17 years old.
- UZOH said he only mentioned watching pornography to “Melissa” as a joke.
- UZOH said when he found out “Melissa” was under 18 he stopped talking about sex right away.

UZOH gave investigators a written statement. UZOH stated again in his written statement that he discontinued any conversation about sex after learning that “Melissa” was younger than 18. The Facebook chats show that UZOH did, in fact, continue sexual discussions and became more graphic in his descriptions after learning that “Melissa” was 16 years old.