IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED

AUG 22 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ' | |
| | ' | |
| VS. | ' | CASE NO. EP-11-M-04114(1)-RFC |
| | ' | |
| OBINNA VINCENT UZOH | ' | |

## ORDER ON MOTION FOR SUBSTITUTION OF COUNSEL

On this day, the Court considered Defendants OBINNA VINCENT UZOH's, Motion for Substitution of Counsel, filed in the above-captioned cause on ____________, 2011. Therein, Defendant petitions the Court to allow Attorney Randolph J. Ortega to be substituted for Attorney SELENA N. SOLIS.

After due consideration, the Court is of the opinion that Defendants Motion should be granted and the following orders should enter:

**IT IS HEREBY ORDERED** that Defendant OBINNA VINCENT UZOH's, Motion for Substitution of Counsel, is **GRANTED**.

**IT IS FURTHERED ORDERED** that Attorney SELENA N. SOLIS is **WITHDRAWN** as counsel of record for Defendant OBINNA VINCENT UZOH.

**IT IS FINALLY ORDERED** that Attorney RANDOLPH J. ORTEGA is **SUBSTITUTED** as counsel of record for Defendant OBINNA VINCENT UZOH.

SIGNED this 22 day of August, 2011.

______________________________
UNITED STATES MAGISTRATE JUDGE

______________________________
OBINNA VINCENT UZOH